UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| XEROX CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ORANGE BOARD OF EDUCATION,<br><br>　　　　　　Defendant. | Civil Action No. 22-1271 (JXN)(JSA)<br><br><br>**ORDER** |

**NEALS**, District Judge:

**THIS MATTER** having been opened to the Court on Plaintiff Xerox Corporation's ("Xerox" or "Plaintiff") unopposed Motion for Default Judgment against Defendant Orange Board of Education (the "Board" or "Defendant"). (ECF No. 6.) The Court has carefully considered Plaintiff's submission and decides the matter without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons set forth in the accompanying Opinion, and for good cause shown,

**IT IS** on this 8th day of December 2022,

**ORDERED** that Plaintiffs Motion Default Judgment (ECF No. 6), pursuant to Federal Rule of Civil Procedure 55(b)(2), is **GRANTED**; it is further

**ORDERED** that Plaintiff is entitled to an award of damages, court costs and attorneys' fees; it is further

**ORDERED** that Plaintiff shall, within 30 days of the date of this Order, submit for the Court's review documentary evidence in support of the court costs and attorneys' fees it seeks in connection with this matter. The Court will enter the total amount of final judgment upon the appropriate showing of proof.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Julien Xavier Neals_
　　　　　　　　　　　　　　　　　　　　　　　JULIEN XAVIER NEALS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge